# ALABAMA COURT OF CRIMINAL APPEALS



May 17, 2024

**CR-2023-0394**
Nicholas Bryan Wilson v. State of Alabama (Appeal from Mobile Circuit Court: CC-22-2893)

## <u>NOTICE</u>

You are hereby notified that on May 17, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk